1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11  EDWARD TREMPER,                    )          3:16-cv-00707-HDM-VPC
                                       )
12                  Plaintiff,         )
                                       )          ORDER
13  vs.                                )
                                       )
14  CYNTHIA ANN VINING and JOHN        )
    VINING,                            )
15                                     )
                    Defendants.        )
16                                     )
    _____

17

18        Good cause appearing, the defendants' emergency motion to seal

19  (ECF No. 9) is **GRANTED**.  The clerk of court shall seal ECF No. 6-1,

20  which is Exhibit 1 to the motion to dismiss filed on January 5,

21  2017.  The defendants shall file the redacted copy of Exhibit 1,

22  attached as Exhibit 2 to the motion to seal, forthwith.

23        IT IS SO ORDERED.

24        DATED: This 13th day of January, 2017.

25                               Howard D McKibben
                                 _____
26                               UNITED STATES DISTRICT JUDGE

27

28