1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11   EDWARD TREMPER,                    )        3:16-cv-00707-HDM-VPC
                                         )
12                  Plaintiff,           )
                                         )        ORDER
13   vs.                                 )
                                         )
14   CYNTHIA ANN VINING and JOHN         )
     VINING,                             )
15                                       )
                    Defendants.          )
16                                       )
     _____)
17

18        On January 5, 2017, the defendants filed a motion to dismiss

19   the plaintiff's complaint in this action (ECF No. 6).  On January

20   18, 2017, plaintiff filed an amended complaint (ECF No. 14).  An

21   amended complaint supersedes the original complaint in its

22   entirety, and "the latter [is] thereafter treated as non-existent."

23   *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011)

24   (quoting *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir.

25   1997), *overruled on other grounds by Lacey v. Maricopa County*, 693

26   F.3d 896 (9th Cir. 2012)).  Accordingly, the defendants' motion to

27   dismiss (ECF No. 6) is hereby **DENIED AS MOOT.**  The denial is

28   without prejudice to filing a responsive pleading to the

                                        1

plaintiff's first amended complaint.

IT IS FURTHER ORDERED that defendants shall file any such pleading no later than February 3, 2017.

IT IS SO ORDERED.

DATED: This 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

2