**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EDWARD TREMPER, | ) | 3:16-cv-00707-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CYNTHIA ANN VINING and JOHN VINING, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 19, 2017, plaintiff filed a "Motion for Prejudgment Order Enjoining Defendants from Disposing of or Using Monies Derived from the Subject Joint Account Pending Further Order of the Court." (ECF No. 15). Defendants shall file a response to the plaintiff's motion no later than February 3, 2017.

IT IS SO ORDERED.

DATED: This 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE