# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD TREMPER, | ) | 3:16-cv-00707-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CYNTHIA ANN VINING and JOHN VINING, | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties filed February 2, 2017 (ECF No. 18), the defendants are enjoined from disposing of or using the monies in defendant Cynthia Vining's Star One Credit Union account in her sole name, Account No. 124560860, until further order of the court.

IT IS SO ORDERED.

DATED: This 3rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE